UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILD EQUITY INSTITUTE,

    Plaintiff,

    v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

Case No. 15-cv-02461-PJH

**ORDER CONTINUING HEARING DATE**

The date for the hearing on defendant's motion to dismiss, previously set for October 14, 2015, has been CONTINUED to October 21, 2015.

**IT IS SO ORDERED.**

Dated: September 30, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge